01

02

03

04

05

06                     UNITED STATES DISTRICT COURT

                 WESTERN DISTRICT OF WASHINGTON

07                            AT SEATTLE

08 UNITED STATES OF AMERICA,      )

                                  )

09           Plaintiff,          )

                                  )   Case No. MJ08-176

10       v.                      )

                                  )

11 SERGIO MATLA-MENDOZA,       )   DETENTION ORDER

                                  )

12          Defendant.      )

_____ )

13

14 <u>Offense charged</u>:

15      Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

16 <u>Date of Detention Hearing</u>: April 17, 2008.

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

19      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

20      (1)    Defendant is a citizen of Mexico.

21      (2)    An immigration detainer has been placed on defendant by the United States

22 Immigration and Customs Enforcement.

23      (3)    Defendant has stipulated to detention, due to the immigration detainer lodged

24 against him, but reserves the right to contest his continued detention if there is a change in

25 circumstances.

26

DETENTION ORDER                                 15.13

18 U.S.C. § 3142(i)                               Rev. 1/91

PAGE 1

01      (4)     There appear to be no conditions or combination of conditions other than detention

02  that will reasonably assure the defendant's appearance at future Court hearings.

03       IT IS THEREFORE ORDERED:

04      (1)     Defendant shall be detained pending trial and committed to the custody of the

05               Attorney General for confinement in a correctional facility separate, to the extent

06               practicable, from persons awaiting or serving sentences or being held in custody

07               pending appeal;

08      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

09               counsel;

10      (3)     On order of a court of the United States or on request of an attorney for the

11               government, the person in charge of the corrections facility in which defendant is

12               confined shall deliver the defendant to a United States Marshal for the purpose of

13               an appearance in connection with a court proceeding; and

14      (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

15               counsel for the defendant, to the United States Marshal, and to the United States

16               Pretrial Services Officer.

17

18       DATED this 17th day of April, 2008.

19

20                        JAMES P. DONOHUE

                          United States Magistrate Judge

21

22

23

24

25

26

DETENTION ORDER                                  15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 2